UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORLAND D. BELL,

        Plaintiff,

        - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-CV-4759 (RRM)

        A Memorandum and Order of the undersigned having been filed this day granting the Commissioner's motion for judgment on the pleadings and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

        ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant and the case is closed.

Dated: Brooklyn, New York
       March 28, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge